# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **William J Borlak, SR**                                                                                   Case No.  **17-22701**
                          Debtor(s)                                                                                         Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **William J Borlak, SR**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **August 4, 2017**                                    Signature  **/s/ William J Borlak, SR**
                                                                                  **William J Borlak, SR**
                                                                                  Debtor