IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 17-22701-JAD |
| | ) | |
| WILLIAM J. BORLAK, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, **BOROUGH OF CORAOPOLIS,** is a party in interest and hereby appears in this case.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

> **John T. Vogel, Esquire**
> **Email: jvogel@tuckerlaw.com**
> **Michael C. Mazack, Esquire**
> **email: mmazack@tuckerlaw.com**
> **TUCKER ARENSBERG, P.C.**
> **1500 One PPG Place**
> **Pittsburgh, PA 15222**
> **Fax:  (412) 594-5619**

    The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: 8/22/2017

/s/ *Michael C. Mazack*
John T. Vogel, Esquire
PA I.D. No. 56920
Michael C. Mazack, Esquire
PA I.D. No. 205742
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Counsel for Borough of Coraopolis

LIT:627502-1 031877-177990

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 17-22701-JAD |
| | ) | |
| WILLIAM J. BORLAK, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the foregoing Notice of Appearance upon each of the persons and parties in interest at the addresses shown below by <u>United States Mail, First Class, Postage Pre-Paid</u>:

William J. Borlak, Sr.
1349 4th Avenue
Coraopolis, PA  15108

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**(by electronic mail)**

Brian C. Thompson, Esquire
Thompson Law Group, P.C.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA  15086

Dated:  8/22/2017

/s/ *Michael C. Mazack*
John T. Vogel, Esquire
PA I.D. No. 56920
Michael C. Mazack, Esquire
PA I.D. No. 205742

1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

LIT:627502-1 031877-177990

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 17-22701-JAD |
| | ) | |
| WILLIAM J. BORLAK, SR., | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

DECLARATION IN LIEU OF AFFIDAVIT REGARDING
REQUEST TO BE ADDED TO MAILING MATRIX

     I, Michael C. Mazack, am the Attorney for **BOROUGH OF CORAOPOLIS,** creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices.  The new address should be used instead of the existing address, and added to the matrix.  I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

     I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 22, 2017.

                                                                                                      TUCKER ARENSBERG, P.C.

                                                                                        /s/ *Michael C. Mazack*
                                                                                        John T. Vogel, Esquire
                                                                                        PA I.D. No. 56920
                                                                                        Michael C. Mazack, Esquire
                                                                                        PA I.D. No. 205742
                                                                                        1500 One PPG Place
                                                                                        Pittsburgh, PA 15222
                                                                                        (412) 566-1212
                                                                                        Counsel for Borough of Coraopolis

LIT:627502-1 031877-177990