# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | WILLIAM J BORLAK | | |
| **Case Number:** | 17-22701-JAD | **Chapter:** | 13 |

**Date / Time / Room:**   WEDNESDAY, AUGUST 23, 2017 10:00 AM   COURTROOM D

**Bankruptcy Judge:**   JEFFERY A. DELLER
**Courtroom Clerk:**   SCOTT KOZAR
**Reporter / ECR:**   N/A

## *Matter:*

Motion For Relief From The Automatic Stay filed by Enterprise Bank
- Response Filed 7/31/2017 by Debtor @ Doc. #23 [Due 7/31/2017]
**R / M #:**  12 / 0

## *Appearances:*

TRUSTEE:  WINNECOUR / BEDFORD / KATZ /  PAIL
DEBTOR(S): ~~Brian C. Thompson, Esq.~~   *[handwritten]*
CREDITOR: Joseph A. Fidler, Esq.

## *Proceedings:*

_____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
      _____ For At Least _____ Days (Court To Issue Scheduling Order)
      _____ To Hearing Date Of _____ at _____ AM/PM at
      _____
      _____ To Conciliation Conference For _____ at
      _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order -  NONJURY  /  JURY
      _____ Simple / Pretrial Order - NONJURY  /  JURY
      _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
8/23/17 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

8/4/2017    11:07:59AM