## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 17-22701 |
| | ) | |
| WILLIAM J. BORLAK | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | |
| _____ | ) | _____ |
| Enterprise Bank | ) | |
| | ) | Hearing Date/Time: |
| Movant, | ) | August 23, 2017 @10:00 AM |
| | ) | |
| vs. | ) | Response Deadline: |
| | ) | July 31, 2017 |
| William J. Borlak, Debtor | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Doc. #12 |
| Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER OF COURT

AND NOW, this 23ʳᵈ day of _August_, 2017, upon consideration of the Motion for Relief from the Automatic Stay on behalf of Enterprise Bank ("Movant"), it is hereby ORDERED, ADJUDGED and DECREED that the automatic stay is hereby terminated as it affects the interests of Movant in the real property and improvements thereon commonly known as 1349 4th Avenue, Coraopolis, PA 15108 ("Mortgaged Premises").

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another Chapter.

BY THE COURT:

_____

Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
8/23/17 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 17-22701-JAD
William J Borlak, SR                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                Page 1 of 1              Date Rcvd: Aug 23, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db             +William J Borlak, SR,   1349 4th Avenue,   Coraopolis, PA 15108-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
            Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
            acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
            Brian C. Thompson    on behalf of Debtor William J Borlak, SR bthompson@ThompsonAttorney.com,
            blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
            hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
            tdrive.com
            James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
            Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
            Mario J. Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For,
            et. al. pawb@fedphe.com
            Michael C. Mazack    on behalf of Creditor    Borough of Coraopolis mmazack@tuckerlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For, et.
            al. thomas.song@phelanhallinan.com
                                                                                       TOTAL: 9