**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−22701−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   William J Borlak SR
   1349 4th Avenue
   Coraopolis, PA 15108

Social Security No.:
   xxx−xx−0486

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale−Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 23, 2017<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 23, 2017<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/21/17                                    BY THE COURT

                                                  Jeffery A. Deller
                                                  Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22701-JAD
William J Borlak, SR                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy              Page 1 of 2            Date Rcvd: Sep 21, 2017
                                Form ID: rsc13          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db          +William J Borlak, SR,    1349 4th Avenue,    Coraopolis, PA 15108-1619
cr          +Borough of Coraopolis,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
14652833     Allegheny County Treasurer,    PO Box 643385,    Pittsburgh, PA 15264-3385
14681794     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14652835    +Borough of Coraoplis,    1012 5th Avenue,    Coraopolis, PA 15108-1804
14680002    +Borough of Coraopolis,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
14652836     Chase,    PO Box 9001871,    Louisville, KY 40290-1871
14652837    +Coventry Health Care,    2222 Ewing Rd.,    Moon Township, PA 15108-3298
14652839    +Enterprise Bank,    4091 Mount Royal Blvd.,    Allison Park, PA 15101-2917
14658221    +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14652840     Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
14652841     LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
14652842    +Max Feldman,    1322 Fifth Avenue,    Coraopolis, PA 15108-2024
14652843    +MedCare Equipment Co,    PO Box 5029,    Greensburg, PA 15601-5058
14652845     Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
14652846     OcwenLoan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
14652847    +Simkovich Chiropractic Center,    52 Pine Creek Road,    Wexford, PR 15090-9366
14652848    +State Collection Service,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14652850    +Transworld Systems, Inc,    300 Cedar Ridge Dr.,    Suite 307,    Pittsburgh, PA 15205-1159
14652851    +Tucker Arensburg, P.C.,    John T. Vogel, Esquire,    1500 One PPG Place,
              Pittsburgh, PA 15222-5416
14652852     UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14652853    +Valley Ambulance Authority,    3550 University Blvd.,    Moon, PA 15108-2533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 00:57:54     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14652838     E-mail/Text: cio.bncmail@irs.gov Sep 22 2017 00:57:40     Department of Treasury,
              Internal Revenue Service,    Cincinnati, OH 45999-0039
14652844    +Fax: 407-737-5634 Sep 22 2017 01:56:03     Ocwen Loan Servicing,    1661 Worthington Road,
              Suite 100,    West Palm Beach, FL 33409-6493
14672226     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 00:57:54
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14652849    +E-mail/Text: bankruptcydepartment@tsico.com Sep 22 2017 00:58:19     Transworld Systems,
              500 Virginia drive, suite 514,    Fort Washington, PA 19034-2707
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Deutsche Bank National Trust Company, As Trustee F
cr           Duquesne Light Company
cr           JPMC Specialty Mortgage LLC
cr           The Bank Of New York Mellon Trust Company, N.A. As
cr*         Enterprise Bank,   4091 Mount Royal Boulevard,   Allison Park, PA  15101-2917
14652834*    Allegheny County Treasurer,   PO Box  643385,   Pittsburgh, PA 15264-3385
                                                                                              TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2             Date Rcvd: Sep 21, 2017
                              Form ID: rsc13          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:

```
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Brian C. Thompson    on behalf of Debtor William J Borlak, SR bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@t
           hompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonat
           torney.com
          James   Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For,
           et. al. pawb@fedphe.com
          Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
          Mario J. Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For,
           et. al. pawb@fedphe.com
          Michael C. Mazack    on behalf of Creditor    Borough of Coraopolis mmazack@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A. As Trustee
           For et al thomas.song@phelanhallinan.com
          Thomas   Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For, et.
           al. thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11
```