# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Borjak Sr.**  (JAD)/TPA/CMB/GLT

Case Number: **17-22701**

Date of Meeting: **10/23/17**    Recording # _____

Debtor(s) present ___ or <u>Not</u> Present **✓** (___No Payments Made or ___ partial payments)

Attorney for debtor(s) **Thompson** (Present ___ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

— Debtor just admitted to hospital

— No payments to date

— Main reason for fily was to stay Enterprise Bank which has already gotten RS.

— 2nd miss

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
**✓** Meeting NOT HELD        **✓** Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
    _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee