N

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
                                                    :
WILLIAM J. BORLAK, SR.,                             :    Bankruptcy No.  17-22701JAD
                                                    :
                                                    :
          Debtor(s)                                 :    Chapter 13
                                                    :

## ORDER

AND NOW, this **13th** day of **November 2017**, IT APPEARS TO THE COURT THAT:

1. The above-captioned bankruptcy case was filed on **June 30, 2017.** A Section 341 Meeting Of Creditors was scheduled for **September 18, 2017.** On **September 21, 2017** the Chapter 13 Trustee placed an entry on the docket at **#41** which stated that the Section 341 Meeting was not held and requested that the Clerk reschedule the Meeting.

2. A rescheduled Section 341 Meeting was scheduled for **October 23, 2017**. On **October 27, 2017**, the Chapter 13 Trustee filed the Minutes Of Chapter 13 Section 341 (a) Meeting Of Creditors at **#48**. The Minutes indicate that the Meeting was not held and the Trustee recommends Dismissal of the case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT a **Rule To Show Cause Hearing** IS SCHEDULED for **December 13, 2017** at **10:00AM** in **Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219** TO DETERMINE WHY THE CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO ATTEND SCHEDULED SECTION 341 MEETINGS.

A **written response** to the Rule Hearing **SHALL BE FILED** by **December 6, 2017.** After review of the response, the Court may determine that the Rule has been answered and the Rule Hearing should be removed from the calendar. Parties should check the calendar posted on the Court's website one day prior to the Rule Hearing to determine if the Rule Hearing will be held.

                                                    sjk
                                        JEFFERY A. DELLER
                                        Chief U.S. Bankruptcy Court

FILED
11/13/17 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00013260

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 17-22701-JAD
William J Borlak, SR                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 2           Date Rcvd: Nov 13, 2017
                             Form ID: pdf900         Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             +William J Borlak, SR,    1349 4th Avenue,    Coraopolis, PA 15108-1619
cr             +Borough of Avalon,    437 Grant Street, 14th Floor,    Frick Building,    Frick Building,
                 Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Borough of Coraopolis,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Borough of Coraopolis,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
14652833        Allegheny County Treasurer,    PO Box 643385,    Pittsburgh, PA 15264-3385
14681794        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14708299       +Borough of Avalon,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652835       +Borough of Coraoplis,    1012 5th Avenue,    Coraopolis, PA 15108-1804
14708300       +Borough of Coraopolis,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14680002       +Borough of Coraopolis,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14652836        Chase,    PO Box 9001871,    Louisville, KY 40290-1871
14708298       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652837       +Coventry Health Care,    2222 Ewing Rd.,    Moon Township, PA 15108-3298
14714635        Deutsche Bank National Trust Company, et al,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14652839       +Enterprise Bank,    4091 Mount Royal Blvd.,    Allison Park, PA 15101-2917
14658221       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14652840        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
14652841        LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
14652842       +Max Feldman,    1322 Fifth Avenue,    Coraopolis, PA 15108-2024
14652843       +MedCare Equipment Co,    PO Box 5029,    Greensburg, PA 15601-5058
14652845        Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
14652846        OcwenLoan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
14708258       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652847       +Simkovich Chiropractic Center,    52 Pine Creek Road,    Wexford, PR 15090-9366
14652848       +State Collection Service,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14652850       +Transworld Systems, Inc,    300 Cedar Ridge Dr.,    Suite 307,    Pittsburgh, PA 15205-1159
14652851       +Tucker Arensburg, P.C.,    John T. Vogel, Esquire,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
14652852        UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14652853       +Valley Ambulance Authority,    3550 University Blvd.,    Moon, PA 15108-2533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14726649        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2017 02:20:45
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14652838        E-mail/Text: cio.bncmail@irs.gov Nov 14 2017 02:21:38      Department of Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0039
14724969        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2017 02:20:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14652844       +Fax: 407-737-5634 Nov 14 2017 03:30:28      Ocwen Loan Servicing,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
14672226        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2017 02:21:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14652849       +E-mail/Text: bankruptcydepartment@tsico.com Nov 14 2017 02:22:38      Transworld Systems,
                 500 Virginia drive, suite 514,    Fort Washington, PA 19034-2707
14709728        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2017 02:21:13      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, As Trustee F
cr              Duquesne Light Company
cr              JPMC Specialty Mortgage LLC
cr              The Bank Of New York Mellon Trust Company, N.A. As
```

```
District/off: 0315-2           User: bsil                    Page 2 of 2                  Date Rcvd: Nov 13, 2017
                               Form ID: pdf900               Total Noticed: 38

cr*             Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA 15101-2917
14652834*       Allegheny County Treasurer,    PO Box 643385,    Pittsburgh, PA 15264-3385
                                                                             TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Brian C. Thompson     on behalf of Debtor William J Borlak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James  Warmbrodt     on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
              Jerome B. Blank     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For,
               et. al. pawb@fedphe.com
              Joseph A. Fidler     on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Mario J. Hanyon     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For,
               et. al. pawb@fedphe.com
              Michael C. Mazack     on behalf of Creditor    Borough of Coraopolis mmazack@tuckerlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas Song     on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A. As Trustee
               For et al thomas.song@phelanhallinan.com
              Thomas Song     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For, et.
               al. thomas.song@phelanhallinan.com
                                                                                             TOTAL: 15
```