# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** WILLIAM J BORLAK
**Case Number:** 17-22701-JAD    **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, DECEMBER 13, 2017 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Rule To Show Cause Hearing To Determine Why The Case Should Not Dismissed For Debtor's Failure To Attend Scheduled Section 341 Meetings
- No Response Filed [Due 12/6/2017]
R / M #: 51 / 0

### Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): ~~Brian C. Thompson, Esq.~~ (cm/n)
CREDITOR:

### Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY / JURY
    _____ Simple / Pretrial Order - NONJURY / JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
12/15/17 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge