# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | WILLIAM J BORLAK |
| Case Number: | 17-22701-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, FEBRUARY 07, 2018 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

**Matter:**

Rule To Show Cause Hearing To Determine Why The Case Should Not Dismissed For Debtor's Failure To Attend Scheduled Section 341 Meetings
- No Response Filed [Due 12/6/2017]
- Hearing Held 12/13/2017 - Continued to 2/7/2018
R / M #:  51 / 0

**Appearances:**

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Brian C. Thompson, Esq.
CREDITOR:

**Proceedings:**

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order - NONJURY / JURY
   _____ Simple / Pretrial Order - NONJURY / JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER: dismiss w/o prejudice.

FILED
2/7/18 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge