# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

WILLIAM J. BORLAK,

Bankruptcy No. 17-22701JAD

Related to Docs. #51

Debtor(s)

Chapter 13

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

AND NOW, this **7th** day of **February, 2018**, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

IT IS FURTHER ORDERED that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

IT IS FURTHER ORDERED that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

IT IS FURTHER ORDERED that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

IT IS FURTHER ORDERED that the Clerk shall give notice to all creditors of this dismissal.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

00022428

FILED
2/7/18 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22701-JAD
William J Borlak, SR                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2                  Date Rcvd: Feb 07, 2018
                              Form ID: pdf900         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db         +William J Borlak, SR,    1349 4th Avenue,    Coraopolis, PA 15108-1619
cr         +Borough of Avalon,    437 Grant Street, 14th Floor,    Frick Building,    Frick Building,
             Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr         +Borough of Coraopolis,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
             Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr         +Borough of Coraopolis,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
             1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr         +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
             Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr         +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
             UNITED STATES 15219-6101
14652833    Allegheny County Treasurer,    PO Box 643385,    Pittsburgh, PA 15264-3385
14681794    American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14708299   +Borough of Avalon,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652835   +Borough of Coraoplis,    1012 5th Avenue,    Coraopolis, PA 15108-1804
14708300   +Borough of Coraopolis,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14680002   +Borough of Coraopolis,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,
             1500 One PPG Place,    Pittsburgh, PA 15222-5413
14652836    Chase,   PO Box 9001871,    Louisville, KY 40290-1871
14708298   +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652837   +Coventry Health Care,    2222 Ewing Rd.,    Moon Township, PA 15108-3298
14714635    Deutsche Bank National Trust Company, et al,     c/o Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14652839   +Enterprise Bank,    4091 Mount Royal Blvd.,    Allison Park, PA 15101-2917
14658221   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14652840    Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
14652841    LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
14652842   +Max Feldman,    1322 Fifth Avenue,    Coraopolis, PA 15108-2024
14652843   +MedCare Equipment Co,    PO Box 5029,    Greensburg, PA 15601-5058
14652845    Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
14652846    OcwenLoan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
14708258   +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652847   +Simkovich Chiropractic Center,    52 Pine Creek Road,    Wexford, PR 15090-9366
14652848   +State Collection Service,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14746108    The Bank Of New York Mellon et al,    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
             P.O. Box 24605,    West Palm Beach, FL, 33416-4605
14746107   +The Bank Of New York Mellon et al,    Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department, P.O. Box 24,    West Palm Beach, FL 33402-0024
14652850   +Transworld Systems, Inc,    300 Cedar Ridge Dr.,    Suite 307,    Pittsburgh, PA 15205-1159
14652851   +Tucker Arensburg, P.C.,    John T. Vogel, Esquire,    1500 One PPG Place,
             Pittsburgh, PA 15222-5416
14652852    UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14652853   +Valley Ambulance Authority,    3550 University Blvd.,    Moon, PA 15108-2533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14726649        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2018 01:50:31
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14652838        E-mail/Text: cio.bncmail@irs.gov Feb 08 2018 01:46:55      Department of Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0039
14724969        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2018 01:50:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14652844       +Fax: 407-737-5634 Feb 08 2018 11:07:58     Ocwen Loan Servicing,    1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
14744099        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2018 01:50:14
                 PYOD, LLC its successors and assigns as assignee,    of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14672226        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2018 01:47:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14652849       +E-mail/Text: bankruptcydepartment@tsico.com Feb 08 2018 01:48:10      Transworld Systems,
                 500 Virginia drive, suite 514,    Fort Washington, PA 19034-2707
14709728        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2018 01:50:16      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 8

```
District/off: 0315-2           User: bsil              Page 2 of 2              Date Rcvd: Feb 07, 2018
                               Form ID: pdf900         Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Deutsche Bank National Trust Company, As Trustee F
cr            Duquesne Light Company
cr            JPMC Specialty Mortgage LLC
cr            The Bank Of New York Mellon Trust Company, N.A. As
14747569      Duquesne Light Company
cr*           Enterprise Bank,    4091 Mount Royal Boulevard,   Allison Park, PA  15101-2917
14652834*     Allegheny County Treasurer,    PO Box  643385,   Pittsburgh, PA 15264-3385
                                                                              TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Brian C. Thompson     on behalf of Debtor William J Borlak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor     JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor     Borough of Coraopolis jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor     Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor     County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor     Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor     Deutsche Bank National Trust Company, As Trustee For,
               et. al. pawb@fedphe.com
              Joseph A. Fidler    on behalf of Creditor     Enterprise Bank jfidler@enterprisebankpgh.com
              Mario J. Hanyon    on behalf of Creditor     Deutsche Bank National Trust Company, As Trustee For,
               et. al. pawb@fedphe.com
              Michael C. Mazack    on behalf of Creditor    Borough of Coraopolis mmazack@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon Trust Company, N.A. As Trustee
               For et al pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For, et.
               al. pawb@fedphe.com
                                                                                              TOTAL: 15
```